THE FIRST NATIONAL BANK OF ASBURY PARK, complainant and appellant,

*v.*

EVLENA WHITE, defendant and respondent.

[Filed June 18th, 1900.]

On appeal from an order advised by Vice-Chancellor Reed, who filed the following conclusions:

The amount of a policy upon the life of a deceased husband written in favor of his wife, was paid to her, and by her deposited in bank. A creditor of the husband, claiming that the husband paid the premiums on said policy in fraud of his creditors, seeks to enjoin the payment by the bank of the money to the wife. Defendant insists that payment should not be restrained; or, if restrained, the restraint should only cover an amount equal to the premiums paid by the husband and not the amount realized upon the policy.

I think the order should be made absolute, and the injunction prayed for in the bill should be issued.

The substantial facts upon which the order issued are not refuted in the sworn answer, but are left for ascertainment upon final hearing.

Nor can I modify the injunction so as to impound only such part of the moneys in the banks as is equal to the sum total of the premiums paid. The question discussed upon the argument in respect to the liability of the entire sum to answer for the debts of the deceased is too important to be decided upon this preliminary application, and will be reserved until final hearing, which can be speedily reached, as the answer has been already filed.

*Messrs. Hawkins & Durand,* for the appellant.

*Mr. John E. Lanning,* for the respondent.

PER CURIAM. The order appealed from will be affirmed, for the reasons given by Vice-Chancellor Reed, upon whose advice the order was made.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, LIPPINCOTT, GUMMERE, LUDLOW, BOGERT, HENDRICKSON, ADAMS, VREDENBURGH, VOORHEES—13.

*For reversal*—None.